IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2244-FL

| | | |
|---|---|---|
| JORGE LANDRIAN | ) | |
|     Petitioner | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| TRACY JOHNS | ) | |
|     Respondent | ) | |

The papers in the above captioned matter have been reviewed and do not comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

( )    They are not on the forms prescribed for use by this court. (Forms enclosed.)

( )    An insufficient number of copies were furnished. An original and two (2) copies are needed.

( )    The petition is not legible.

(XX)    The petition did not have an original signature.

(XX)    Filing fee of $5.00 was not received or application to proceed without payment of fees and affidavit was not submitted. (Form enclosed.)

( )    You have not provided your inmate number.

( )    Other:

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within thirty (30) days from the filing of this order. Failure to do so may result in the dismissal of this action.

So ordered this 9th day of November 2010.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE