IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JORGE LANDRIAN,

    Petitioner,

v.

TRACY JOHNS,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-94-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered granting petitioner Jorge Landrian's petition for a writ of habeas corpus under 28 U.S.C. § 2241. The term of imprisonment imposed on the petitioner on September 26, 2001 is reduced from 188 months to 120 months. All other provisions of the judgment dated September 26, 2001 remain in effect.

    Approved as to form this 11th day of April, 2011.

*Barbara B. Crabb*
Barbara B. Crabb, District Judge

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court

APR 11 2011
Date